AUSA Mark Frazier

**FILED**
FEB 10 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# United States District Court

Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Estela FAJARDO-BRICENO | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: W16-29M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 21, 2016, in Waco, Texas, in the Western District of Texas, defendant Estela FAJARDO-BRICENO, an alien, was found in the United States in the McLennan County jail after being previously removed from the United States to Mexico on or about August 14, 1998, at Houston, Texas, and who had not thereafter obtained the consent of the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission to the United States, in violation of Title 8 United States Code, Section 1326. I further state that I am a Deportation Officer with US Immigration and Customs Enforcement, and that this complaint is based on the following facts:

On or about January 21, 2016, defendant Estela FAJARDO-BRICENO, an alien, was found in the McLennan County Jail, Waco, Texas, within the Western District of Texas. After FAJARDO was arrested by the Waco, Texas Police Department for Burglary of a Habitation, McLennan County Jail officials contacted the ICE Enforcement and Removal Office Operations Center in San Antonio, Texas. McLennan County Jail officials provided FAJARDO's name and other biographical information to Officer Adams, who conducted records checks and identified FAJARDO as a previously removed alien; Officer Adams then placed a detainer on FAJARDO. The EARM system of Immigration and Customs Enforcement established that the defendant is an alien who was previously removed from the United States to Mexico on or about August 14, 1998 at Houston, Texas. FAJARDO illegally entered the United States on a date after August 14, 1998, the date of her last removal, and on a date prior to January 21, 2016, when she was encountered at the McLennan County Jail. FAJARDO's unlawful and illegal reentry into the United States was made without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Peter Meyer
Deportation Officer

Signature of Complainant

Sworn to before me and subscribed in my presence,

February 10, 2016              Waco, Texas
Date                  at      City and State

Jeffrey C. Manske
U.S. Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer