AO 442 (Rev. 12/85) Warrant for Arrest                                    AUSA Mark Frazier

# United States District Court

Western      DISTRICT OF      Texas

UNITED STATES OF AMERICA
V.
Estela FAJARDO-BRICENO

**WARRANT FOR ARREST**

CASE NUMBER: W16-29M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Estela FAJARDO-BRICENO**
                                                                                                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (Brief description of offense)

Illegal reentry of an alien who has been deported from the United States

In violation of Title __8__ United States Code, Section(s) __1326__

| Jeffrey C. Manske | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Jeffrey C. Manske | February 10, 2016  Waco, Texas |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __determined__ by __/s/ Jeffrey C. Manske__
                                                                                                                                   Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| February 10, 2016 | | |
| DATE OF ARREST | **Peter B. Meyer** **Deportation Officer** | |