AO 442 (Rev. 12/85) Warrant for Arrest　　　　　　　　　　　　　　　　　　　　AUSA Mark Frazier

**FILED**
**FEB 11 2016**
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# United States District Court

**Western**　　　　　DISTRICT OF　　　　　**Texas**

UNITED STATES OF AMERICA
V.
**Estela FAJARDO-BRICENO**

**WARRANT FOR ARREST**

CASE NUMBER: W16-29M

To: The United States Marshal
and any Authorized United States Officer

　　YOU ARE HEREBY COMMANDED to arrest　　**Estela FAJARDO-BRICENO**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment　　☐ Information　　☒ Complaint　　☐ Order of court　　☐ Violation Notice　　☐ Probation Violation Petition

charging him or her with (Brief description of offense)

　　Illegal reentry of an alien who has been deported from the United States

In violation of Title　**8**　United States Code, Section(s)　**1326**

| | |
|---|---|
| Jeffrey C. Manske | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Jeffrey C. Manske | February 10, 2016　Waco, Texas |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ **detained**　by　/s/ Jeffrey C. Manske
　　　　　　　　　　　　　　　　　　　Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| February 10, 2016 | | |
| DATE OF ARREST | **Peter B. Meyer** | |
| February 11, 2016 | **Deportation Officer** | |