AO 442 (Rev. 12/85) Warrant for Arrest          AUSA Mark Frazier

**FILED**
**FEB 1 1 2016**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _Texas_ DEPUTY

# United States District Court

Western  DISTRICT OF  Texas

UNITED STATES OF AMERICA
V.
**Estela FAJARDO-BRICENO**

**WARRANT FOR ARREST**

CASE NUMBER: W16-29M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **Estela FAJARDO-BRICENO**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (Brief description of offense)

Illegal reentry of an alien who has been deported from the United States

In violation of Title  8  United States Code, Section(s)  1326

Jeffrey C. Manske
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

February 10, 2016   Waco, Texas
Date and Location

Bail fixed at $ _detained_  by  _Jeffrey C. Manske_
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  3201 E. Hwy 6  Waco, TX (McLennan Jail)

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| February 10, 2016 | | |
| DATE OF ARREST | **Peter B. Meyer** **Deportation Officer** | |
| February 11, 2016 | | |